**BLAND WATERS and HAMP ANDREWS, JR., alias Little Hamp Andrews, v. STATE OF FLORIDA.**

28 So. (2nd) 871                                    Januay Term, 1947
January 31, 1947                                              Division B

*Zach H. Douglas, Ira J. Carter,* and *W. J. Ferguson,* for appellants.

*J. Tom Watson,* Attorney General, *Reeves Bowen,* Assistant Attorney General, and *Jesse F. Warren,* Special Assistant Attorney General, for appellee.

PER CURIAM

The judgment is affirmed on authority of Thompson v. State, 58 Fla. 106, 50 So. 507, and authorities there cited. See also Edge v. State, 96 Fla. 796, 119 So. 332; Thompson v. State, 165 Fla. 250, 169 So. 657.

So ordered.

THOMAS, C. J., BUFORD, ADAMS and BARNS, JJ., concur.